B3A (Official Form 3A) (12/07)

# UNITED STATES BANKRUPTCY COURT

In Re: __Bruton, Carole L__  Case No. _____
  **Debtor**  (if known)

  Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 281.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ ~~70.25~~ $50.00   Check one  ☒ With the filing of the petition, or
                                   ☐ On or before

   $ 70.25   on or before   06/30/2014

   $ 70.25   on or before   07/30/2014

   $ 70.25   on or before   08/30/2014

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____   _/s/ Carol Bruton_____   _5-27-14_
**Signature of Attorney**   Date   **Signature of Debtor**   Date

_____            _____   _____
**Name of Attorney**              **Signature of Joint Debtor**   Date

**FILED**

MAY 28 2014

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS